IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYLER BRAXTON DENBY,<br><br>        Plaintiff,<br><br>vs.<br><br>BLANCO, Sgt.;<br><br>        Defendant. | **8:25CV576**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. Plaintiff Tyler Braxton Denby filed with the Court a Complaint on September 22, 2025. Filing No. 1. Plaintiff failed to include the $405.00 filing and administrative fees or a request to proceed in forma pauperis ("IFP") with his Complaint. Plaintiff has another civil case in this Court pending before the undersigned—Case No. 8:24CV221—in which the Court granted Plaintiff leave to proceed IFP on August 8, 2024, and ordered Plaintiff to file an amended complaint by September 25, 2025, with that deadline later extended to October 20, 2025. *See* Filing Nos. 7, 12, & 14, Case No. 8:24CV221. Both the present Complaint and the operative complaint in Case No. 8:24CV221 seek damages against Sgt. Blanco and arise out of the same set of facts. *Compare* Filing No. 1 *with* Filing No. 1, Case No. 8:24CV221. Thus, upon examination, the Court believes Plaintiff's pleading in the present case is more properly construed as an amended complaint intended for filing in Case No. 8:24CV221. Accordingly,

IT IS ORDERED that:

1. The Clerk of the Court is directed to close this case for statistical purposes.

2. The Clerk of the Court is directed to file Plaintiff's Complaint, Filing No. 1, as an amended complaint in Case No. 8:24CV221.

3. To avoid confusion in the future, any document Plaintiff sends to the Court for filing must include the correct case number (i.e. 8:24CV221).

Dated this 23rd day of September, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge